SARGE R. HOLTZMAN, ESQUIRE, SBN 66221
LAW OFFICES OF SARGE R. HOLTZMAN
819 Eddy Street
San Francisco, California 94109
Telephone: 415-771-6174
Facsimile: 415-474-3748

Attorney for Defendant
PAN ASIA VENTURE CAPITAL CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS NEWS WEEKLY,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PAN ASIA VENTURE CAPITAL CORPORATION,<br><br>　　　　　　　Defendant. | Case No.: CV 05-03326 JCS<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

///
///
///
///
///
///
/// Dated: January 27, 2006
///
///
///
///
///
///

GRANTED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LA #387902 v1

-1-

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SUBSTITUTION OF ATTORNEY
CV 05-03326 JCS

Pan Asia Venture Capital Corporation, defendant, hereby substitutes David L. Aronoff with the firm of Thelen Reid & Priest LLP, 333 South Hope Street, Suite 2900, Los Angeles, California 90071, as attorney of record in the place and stead of Sarge R. Holtzman, Esquire of the firm of Law Office of Sarge R. Holtzman.

PAN ASIA VENTURE CAPITAL CORPORATION

Dated: 1/25/06    By /s/ Florence Fang
                     Florence Fang, President

I consent to this substitution.

LAW OFFICES OF SARGE R. HOLTZMAN

Dated: 1/25/06    By /s/ Sarge R. Holtzman
                     Sarge R. Holtzman

I accept this substitution.

THELEN REID & PRIEST LLP

Dated: 1/25/06    By /s/ David L. Aronoff
                     David L. Aronoff

I, Gayle I. Jenkins, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ Gayle I. Jenkins
Gayle I. Jenkins

LA #387902 v1

-2-

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

SUBSTITUTION OF ATTORNEY
CV 05-03326 JCS