PAUL S. ROSENLUND (SBN 87660)
JESSICA E. STOCKTON (SBN 235744)
DUANE MORRIS LLP
Four Embarcadero Center, Suite 300
San Francisco, California 94111-4168
Telephone: (415) 981-5550
Facsimile: (415) 955-2599
Email: PRosenlund@duanemorris.com.com

Attorneys for Plaintiff
EXPRESS NEWS WEEKLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS NEWS WEEKLY,<br><br>   Plaintiff,<br><br>   v.<br><br>PAN ASIA VENTURE CAPITAL<br>CORPORATION, a California corporation,<br><br>   Defendant. | CASE NO. CV 05-03326 JCS<br><br>**STIPULATION AND ORDER TO MODIFY CASE MANAGEMENT DATES** |

The parties, by and through their counsel of record, stipulate as follows:

Defendant PAN ASIA VENTURE CAPITAL CORPORATION has recently retained new counsel, and the written discovery contemplated by the parties to have been completed before the parties participate in the Early Neutral Evaluation (ENE) program has not yet been completed. The subjects of this discovery include the magnitude and duration of the actions that are alleged to constitute infringement and the identities of additional possible parties to this action.

The parties desire to participate in ENE in a serious and constructive manner, but they cannot do so until this basic discovery is completed, and for that reason they stipulate that he date for the parties to complete the ENE process, ~~and to add new parties without further court order~~, shall be continued to May 5, 2006.

STIPULATION AND ORDER TO MODIFY CASE MANAGEMENT DATES
DM1\561838.1 03152-00002

1       All other dates stated in the Court's Case Management and Pretrial Order (Jury), dated

2  December 13, 2005, shall remain unchanged.

3

4  DATED: February 24, 2006           DUANE MORRIS LLP

5

6                         By:          /s/

                                 Paul S. Rosenlund

7                        Attorneys for Plaintiff EXPRESS NEWS WEEKLY

8

9  DATED: February 24, 2006           THELEN REID PRIEST LLP

10

11                       By:          /s/

                                   Gayle I. Jenkins

12                       Attorneys for Defendant PAN ASIA VENTURE

                       CAPITAL CORPORATION

13

14

15      IT IS SO ORDERED.

      DATED:   February 27, 2006

16

17                       By:

18                       JOSEPH C. SPERO

                       United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO MODIFY CASE MANAGEMENT DATES

DM1\561838.1 03152-00002